IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| **UNITED STATES OF AMERICA** | : | Crim. No. 1:05-cr-006 |
|---|---|---|
| | : | 1:05-cr-203 |
| | : | 1:05-cr-228 |
| | : | 1:05-cr-232 |
| | : | 1:05-cr-252 |
| **v.** | : | 1:05-cr-253 |
| | : | 1:05-cr-256 |
| | : | 1:05-cr-259 |
| | : | 1:05-cr-284 |
| | : | 1:05-cr-285 |
| **JOHN MIZIC** | : | 1:05-cr-287 |
| | : | 1:05-cr-288 |
| | : | 1:05-cr-294 |
| | : | 1:05-cr-296 |
| | : | 1:05-cr-305 |
| | : | 1:05-cr-306 |
| | : | 1:05-cr-324 |
| | : | 1:05-cr-367 |
| | : | 1:05-cr-440 |
| | : | 1:05-cr-456 |
| | : | 1:13-mc-485 |
| | : | |
| | : | |
| | : | **Judge Sylvia H. Rambo** |

# O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Mizic's motions for early termination of supervised release are **DENIED**.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: May 12, 2017